**Arrington OLIVER, Petitioner-Appellant,**

v.

**UNITED STATES of America,**
**Respondents-Appellees.**

**No. 17-10604**
**Non-Argument Calendar**

United States Court of Appeals,
Eleventh Circuit.

(March 2, 2018)

Philip Robert Horowitz, Law Office of Philip R. Horowitz, Esq., Miami, FL, for Petitioner-Appellant

Jason Wu, Assistant U.S. Attorney, Wifredo A. Ferrer, Karen E. Gilbert, Emily M. Smachetti, U.S. Attorney's Office, Miami, FL, for Respondent-Appellee

Before WILSON, WILLIAM PRYOR and JORDAN, Circuit Judges.

PER CURIAM:

Arrington Oliver appeals the denial of his successive motion to vacate his sentence. 28 U.S.C. § 2255. Oliver applied for leave to file a successive motion on the ground that, in the wake of *Johnson v. United States*, — U.S. —, 135 S.Ct. 2551, 192 L.Ed.2d 569 (2015), his prior convictions for attempted second degree murder, battery of a law enforcement officer, and carrying a concealed firearm no longer qualified as crimes of violence under the Armed Career Criminal Act, 18 U.S.C. § 924(c). We granted Oliver's application based on our "threshold determination [that he had] presented a *prima facie* case under *Johnson*," and we instructed the district court to determine whether Oliver had satisfied the statutory criteria for filing a successive motion, 28 U.S.C. § 2255(h). *See In re Moore*, 830 F.3d 1268, 1270–73 (11th Cir. 2016). The district court failed to decide whether Oliver satisfied the requirements of section 2255(h), which is a threshold jurisdictional issue that must be decided before delving into the merits of the successive motion. *See Farris v. United States*, 333 F.3d 1211, 1216 (11th Cir. 2003). We vacate and remand for the district court to decide the jurisdictional issue.

**VACATED AND REMANDED.**